UNITED STATES v. E. FOUGERA & CO.

(Circuit Court, S. D. New York. December 9, 1898.)

No. 1,844.

CUSTOMS DUTIES—CLASSIFICATION—MEDICINAL PREPARATIONS.
The medicinal use for which a proprietary preparation is designed dominates its chemical composition for the purpose of classification.

90 F.—51

This is an appeal by the United States from the decision of the board of general appraisers as to the classification for duty of certain imported merchandise.

James T. Van Rensselaer, Asst. U. S. Atty.

W. Wickham Smith, for importers.

TOWNSEND, District Judge (orally). The merchandise in question consists of certain proprietary medicines known as "Brown's Chlorodyne" and "Liqueur de Dr. Laville." It is conceded that these articles are medicinal preparations. It also appears that they contain alcohol, and it is true that they are also combinations of products known as alkaloids and essential oils. But, while either designation is appropriate, I think the court is bound by the decision of the supreme court of the United States in Fink v. U. S., 170 U. S. 584, 18 Sup. Ct. 770, in which the court holds, in effect, that the medicinal use for which the preparation is designed dominates its chemical composition, and is more specific. For this reason the decision of the board of general appraisers is affirmed.